IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:10CR00019 |
| David J. Hannum | ) | |
| | ) | |

### ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on December 1, 2004 for a period of four (4) years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  30th  day of  October , 2012

_____
United States District Judge